IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JN REALTY CORPORATION** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 22-4445 |
| **v.** | : | |
| | : | |
| **ALLIED INSURANCE OF AMERICA** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 8th day of November 2024, upon consideration of Defendant's *motion for summary judgment*, (ECF 49), Plaintiff's response in opposition, (ECF 53), Defendant's reply, (ECF 55), and Plaintiff's sur-reply, (ECF 57), and Plaintiff's *motion for partial summary judgment*, (ECF 51, 52), Defendant's response in opposition, (ECF 56), and Plaintiff's reply, (ECF 60), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

(1) Defendant's motion for summary judgment, (ECF 49), is **GRANTED**, and

(2) Plaintiff's motion for partial summary judgment, (ECF 51, 52), is **DENIED.**

Accordingly, **JUDGMENT** is entered in favor of Defendant Allied Insurance of America and against Plaintiff JN Realty Corporation.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*